IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03323-WYD-CBS

CAROL STERLING,

    Plaintiff,

v.

DELBERT SERVICES CORPORATION,

    Defendant.

---

**ORDER OF DISMISSAL**

---

In accordance with the Notice of Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 8, 2015 (ECF No. 11), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  April 8, 2015

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge